JOHN T. GEDNEY et al., Respondents, *v.* MARLTON REALTY COMPANY, Appellant. (Actions Nos. 1 and 2.)

(Submitted December 11, 1933; decided December 12, 1933.)

*Harold R. Medina* for motion.
*John Vance Hewitt* opposed.
Motion denied, without costs.